IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA COLBERT, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 14-1689 |
| | : | |
| IMMACULATA UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 12th day of May, 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY***:*   */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov

Forwarded via email:
Samueldion@aol.com
caustin@duanemorris.com